# LAW OFFICE OF
# JUSTIN A. ZELLER, P.C.

MEMO ENDORSED

JUSTIN A. ZELLER
JAZELLER@ZELLERLEGAL.COM

JOHN M. GURRIERI
JMGURRIERI@ZELLERLEGAL.COM

TELEPHONE: 212.229.2249
FACSIMILE: 212.229.2246

February 26, 2020

**VIA ECF**

Hon. Kenneth M. Karas, United States District Judge
United States District Court for the Southern District of New York
Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse

Re: *Avalos et al v. The Surf Club on the Sound, LLC et al*, 19 CV 9182 (KMK)

Dear Judge Karas:

This firm represents the plaintiff in the above-referenced action. The plaintiff, with defendants' consent, moves for an adjournment of the March 9, 2020, initial conference to some date after March 13, 2020. I will be out of the country from March 9, 2020, until March 13, 2020, on vacation, and therefore will not be able to attend the scheduled conference. This request for an adjournment is plaintiff's first.

The defendants are not available on March 17, 2020. The plaintiff is unavailable on March 18, 24, and 25, 2020.

I thank the Court for its time and consideration.

Respectfully submitted,

John M. Gurrieri

Granted. The conference is moved to 4/2/20, at 10:15.

So Ordered.
KMK
2/27/20