# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                July 2, 2020
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

## CANCELLATION  NOTICE

The telephonic status conference scheduled for Monday, July 6, 2020, at 10:15 a.m.,

before the Honorable Lisa Margaret Smith, United States Magistrate Judge, in the matter of

Avalos v. The Surf Club on the Sound, LLC, et al., 19-cv-9182 (KMK) (LMS), has been

*cancelled*.

SO ORDERED:

Hon. Lisa Margaret Smith
U.S.M.J.